NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

KA 05-250

STATE OF LOUISIANA

VERSUS

RAYMOND PAUL PHILLIPS

**********

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF VERMILION, NO. 39766
HONORABLE MARILYN CARR CASTLE, DISTRICT JUDGE

**********

BILLY HOWARD EZELL
JUDGE

**********

Court composed of John D. Saunders, Jimmie C. Peters, and Billy Howard Ezell, Judges.

AFFIRMED.

James Edward Beal
LA. Appellate Project
P. O. Box 307
Jonesboro, LA 71251-0307
(318) 259-2391
Counsel for Defendant/Appellant:
Raymond Paul Phillips

**Michael Harson**
**District Attorney, Fifteenth Judicial District Court**
**P.O. Box 3306**
**Lafayette, LA 70502-3306**
**(337) 232-5170**
**Counsel for Plaintiff/Appellee:**
**State of Louisiana**

**Ted L. Ayo**
**Attorney at Law**
**207 S. Washington St.**
**Abbeville, LA 70510**
**(337) 898-4320**
**Counsel for Plaintiff/Appellee:**
**State of Louisiana**